# DOCKET NO. 24-10259

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

JF,

Appellant/Plaintiff Below,

v.

CARNIVAL CORPORATION,
A Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES,

Appellee/Defendant Below

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21332-CIV-MARTINEZ
(Hon. Jose Martinez)

## APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND TIME FOR SERVICE OF REPLY BRIEF

EDWARD S. SCHWARTZ
Florida Bar No. 346721
eschwartz@gslawusa.com
amatta@gslawusa.com
zdiaz@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Telephone:  (305) 371-6000
Facsimile: (305) 371-5749
Attorneys for Appellant

# APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CERTIFICATE OF INTERESTED PARTIES

Appellant through undersigned counsel hereby certifies the following as a complete list of the persons and entities having an interest or potential interest in the outcome of this appeal, listed in alphabetical order by surname or business name:

1. Becerra, The Honorable Jacqueline – United States Magistrate Judge.

2. Cabeza, Lauren- Counsel for Appellee/Defendant.

3. Carnival Corporation d/b/a Carnival Cruise Lines – Appellee/Defendant.

4. Gerson, Nicholas – Counsel for Appellant/Plaintiff.

5. Gerson, Philip M. – Counsel for Appellant/Plaintiff.

6. GERSON & SCHWARTZ, P.A. – Counsel for Appellant/Plaintiff.

7. JF – Appellant/Plaintiff.

8. Martinez, The Honorable Jose E. – District Court Judge.

9. Mase, Curtis, Esq.– - Counsel for Appellee/Defendant.

10. MASE SEITZ BRIGGS, P.A. - Counsel for Appellee/Defendant.

11. Rauh, Tyler – Counsel for Appellee/Defendant.

12. Robinson, Charlotte – Counsel for Appellee/Defendant.

13. Schwartz, Edward S. – Counsel for Appellant/Plaintiff.

14. Seitz, William – Counsel for Appellee/Defendant.

## **CORPORATE DISCLOSURE STATEMENT**

Appellant is not a corporation or business entity. Accordingly, there are no parent corporations or publicly traded corporations holding stock in the Appellant.

(THIS SECTION INTENTIONALLY LEFT BLANK)

Appellant JF through undersigned counsel moves pursuant to Rule 26(b), Federal Rules of Appellate Procedure and Rules 26-1 and 31-2(a) of this Court for an extension of time of twenty-one (21) days, to July 15, 2024, to file and serve her reply brief in this appeal. As grounds Appellant states:

This is Appellant's first request for an extension regarding filing the reply brief. As good cause Appellant states that, due to conflicting time demands, Appellant's counsel will be unable to complete the reply brief by the current due date of June 24, 2024; counsel anticipates completing and filing the brief within twenty-one (21) days thereafter, by July 15, 2024.

Counsel for Appellant has contacted appellate counsel for Appellee, Tyler Rauh, Esq., who advises that he does not oppose the requested extension.

WHEREFORE, Appellant requests an extension of twenty-one (21) days to file her reply brief, to July 15, 2024.

## **CERTIFICATE OF COMPLIANCE**

**I HEREBY CERTIFY** pursuant to Rules 32(g)(2) and 27(d)(2)(A), Federal Rules of Appellate Procedure, that the foregoing motion has been written in compliance with the length limitations set forth in Rule 27(d)(2)(A); it contains 718 words, within the 5200 word limitation for motions filed in this Court.

  /S  EDWARD S. SCHWARTZ
EDWARD S. SCHWARTZ
Florida Bar No. 346721
eschwartz@gslawusa.com
amatta@gslawusa.com
zdiaz@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Telephone: (305) 371-6000
Attorneys for Appellant

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on all attorneys of record on the attached Service List on this June 20, 2024.

*s/ Edward S. Schwartz*
Philip M. Gerson, Esq.
Florida Bar No. 127290
pgerson@gslawusa.com
Nicholas I. Gerson, Esq.
Florida Bar No. 0020899
ngerson@gslawusa.com
Edward S. Schwartz, Esq.
Florida Bar No. 346721
eschwartz@gslawusa.com
David L. Markel, Esq.
Florida Bar No. 78306
dmarkel@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145-2624
Telephone:  (305) 371-6000
Facsimile:   (305) 371-5749
*Attorneys for Appellant*

# SERVICE LIST
## J.F. v. CARNIVAL CORPORATION
## ELEVENTH CIRCUIT CASE NO. 24-10259
## DISTRICT COURT CASE NO. 1:22-cv-21332-JEM

| | | |
|---|---|---|
| **Philip M. Gerson, Esq.**<br>Florida Bar No. 127290<br>pgerson@gslawusa.com<br>**Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Edward S. Schwartz, Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>filing@gslawusa.com<br>**GERSON & SCHWARTZ, P.A.**<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:(305) 371-6000<br>Facsimile:(305) 371-5749<br>*Attorneys for Appellant* | | **William R. Seitz, Esq.**<br>Florida Bar No. 73928<br>**wseitz@maselaw.com**<br>**Curtis J. Mase, Esq.**<br>Florida Bar No. 478083<br>**Cmase@maselaw.com**<br>**Lauren N. Cabeza, Esq.**<br>Florida Bar No. 1025668<br>**lcabeza@maselaw.com**<br>**Charlotte Robinson, Esq.**<br>crobinson@maselaw.com<br>**Tyler Rauh, Esq.**<br>Florida Bar No. 1023404<br>trauh@maselaw.com<br>**MASE SEITZ BRIGGS, P.A.**<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Tel: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Appellee* |